IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, AIS #132431, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 2:22-CV-602-WKW [WO] |
| SECURUS TECHNOLOGIES, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 2) to which Plaintiff has filed an objection (Doc. # 3). Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the objection lacks merit.

Accordingly, it is ORDERED that the Recommendation (Doc. # 2) is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 29th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE